

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2016

No. 04-16-00322-CR

Christopher Andrew **JASSO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2339-CR-B
Honorable William Old, Judge Presiding

## O R D E R

Patricia M. Wagner's notification of late record is hereby GRANTED. The reporter's record is due on or before October 31, 2016 No further extensions of time will be considered or granted without written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court